UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. **24 CR 221** |
| IRADA AKHOUNDOVA | § § | |
| Defendant. | § | |

## INFORMATION FOR VIOLATION OF FOREIGN AGENTS REGISTRATION ACT

The United States charges:

From in or around September 2020 through in or around January 2021, in the Southern District of Texas and elsewhere, the defendant, **IRADA AKHOUNDOVA**, did willfully act in the United States as an agent of a foreign principal, to wit, the Government of Azerbaijan, without registering with the Attorney General as required by the Foreign Agents Registration Act.

All in violation of Title 22, United States Code, Sections 612(a) and 618(a)(1).

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
performing the duties of Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

By: _____
Garrett Coyle
Attorney for the United States

COREY R. AMUNDSON
Chief
Public Integrity Section
Criminal Division
U.S. Department of Justice

By: _____
Marco A. Palmieri
Rosaleen O'Gara
Celia Choy
Attorneys for the United States

1