# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**24 CR 221**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 24-_____ |
| ) | |
| v. ) | SEALED CASE |
| ) | |
| IRADA AKHOUNDOVA ) | |
| _____) | |

## NOTICE OF RELATED CASES

The United States of America hereby gives notice that two related cases, *United States v. Rendon,* Case No. 4:24-cr-089, and *United States v. Strother,* Case No. 4:24-cr-113, are currently pending in the Southern District of Texas before the Honorable Lee H. Rosenthal. The cases are related in that this case arises from the same investigation that gave rise to the criminal charges in *United States v. Rendon* and *United States v. Strother* and involves some of the same facts and evidence. The United States, therefore, respectfully requests that this criminal action be assigned to the Honorable Lee H. Rosenthal for purposes of judicial economy.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
performing the duties of Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

By: _____
Marco A. Palmieri
Rosaleen O'Gara
Celia Choy
Attorneys for the United States

By: _____
Garrett Coyle
Attorney for the United States