United States Courts
Southern District of Texas
F I L E D

MAY 07 2024

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:24-cr-221 |
| | ) | UNDER SEAL |
| IRADA AKHOUNDOVA, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION TO UNSEAL

The United States of America respectfully moves to unseal the docket and all filings and transcripts of hearings in this case with one exception. The government requests that ECF No. 14 in this matter, which references a list of witnesses and subjects that the defendant is directed to have no contact with, be redacted in accordance with the attached proposed redactions prior to unsealing. *See* Exhibit A (Proposed Redacted ECF No. 14). Except for ECF No. 14, the government submits that the justifications for sealing in the government's motion to seal (ECF No. 3) no longer apply.

Government counsel has conferred with counsel for Defendant Akhoundova, who consents to this motion to unseal. The United States thus respectfully requests that the Court unseal the docket and all filings and transcripts of hearings in this case in accordance with this Motion.

Respectfully submitted,

COREY R. AMUNDSON  
Chief, Public Integrity Section  
Criminal Division  
US Department of Justice

JENNIFER KENNEDY GELLIE  
Executive Deputy Chief  
 performing the duties of Chief  
Counterintelligence and Export Control Section  
National Security Division  
U.S. Department of Justice

By: /s/ Marco A. Palmieri  
Marco A. Palmieri  
Rosaleen O'Gara  
Celia Choy  
Attorneys for the United States

By: /s/ Garrett Coyle  
Garrett Coyle  
Attorney for the United States