# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| v. | § | Criminal No. 4:24-cr-221 |
| **IRADA AKHOUNDOVA,** | § | |
| **Defendant.** | § | |

## ORDER MODIFYING CONDITIONS OF RELEASE

THIS MATTER comes before the Court on Defendant Irada Akhoundova's Unopposed Motion for Modification of Conditions of Release. This Court finding good cause, Ms. Akhoundova's motion is GRANTED.

IT IS HEREBY ORDERED:

1. Ms. Akhoundova's conditions of release are modified to permit her to travel from the Southern District of Texas to the District of Connecticut, and points in between, including the Eastern and Southern Districts of New York, with advance notice to Pre-Trial Services.

IT IS SO ORDERED.

SIGNED in Houston, Texas, on this _____ day of _____, 2024.

_____
Hon. Lee H. Rosenthal
United States District Judge

1