UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | No. 4:24-cr-00221 |
| v. § § | |
| **IRADA AKHOUNDOVA,** § § | |
| Defendant. § | |

### ORDER

The government has filed an unopposed motion for continuance of the sentencing hearing. The motion for continuance is GRANTED. The deadline for filing the initial presentence report is extended to May 15, 2026; May 29, 2026, for filing objections; June 12, 2026, for the Probation Office to submit the final presentence report. The sentencing hearing is reset to June ___, 2026, at _____ a.m./p.m.

Signed: September ____, 2025
     Houston, Texas

                                      Hon. Lee H. Rosenthal
                                      United States District Judge