**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Criminal No. 4:24-cr-221** |
| | § | |
| **IRADA AKHOUNDOVA,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>MOTION FOR MODIFICATION OF SCHEDULE</u>**

Defendant Irada Akhoundova pleaded guilty on May 1, 2024 to Count One of the Information and is scheduled to be sentenced on June 24, 2026. ECF 32.

There have been significant developments in a related matter. *See United States v. Cuellar et. al*, No. 4:24-cr-224 (S.D Tx.) (ECF 169).  Since those developments, Ms. Akhoundova has been actively assessing and in discussions about their potential impact on Ms. Akhoundova's sentencing.  Ms. Akhoundova requests further time to complete such assessment and discussions.

Accordingly, Ms. Akhoundova moves to continue sentencing to October 28, 2026, with accompanying deadlines reset consistent with the Court's scheduling protocols.

The Government has informed undersigned counsel that it does not object to this motion.

Respectfully submitted,

*/s/ Lisa M. Krigsten*
Lisa M. Krigsten
Dentons US LLP
4520 Main Street
Ste 1100
Kansas City, MO 64111

1

816-460-2554
816-531-7545 (fax)
lisa.krigsten@dentons.com


*/s/ Louis Pellegrino*
Louis Anthony Pellegrino, III
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
212-768-6700
212-768-6800 (fax)
louis.pellegrino@dentons.com


**Certificate of Service**

I hereby certify that on June 1, 2026, I electronically filed the foregoing with the Clerk of Court for the Southern District of Texas using the CM/ECF System, which will send notification of such filing to all parties or counsel of record.

*/s/ Lisa M. Krigsten*
Lisa M. Krigsten
Dentons US LLP
4520 Main Street
Ste 1100
Kansas City, MO 64111
816-460-2554
816-531-7545 (fax)
lisa.krigsten@dentons.com

2

**Certificate of Conference**

I hereby certify that on June 1, 2026, counsel for the United States was contacted to obtain the Government's position on this motion.  Counsel for the Government stated that the Government does not oppose Ms. Akhoundova's motion.

/s/ Lisa M. Krigsten
Lisa M. Krigsten
Dentons US LLP
4520 Main Street
Ste 1100
Kansas City, MO 64111
816-460-2554
816-531-7545 (fax)
lisa.krigsten@dentons.com